**Keith D. WASHINGTON,
Plaintiff, Appellant,**

v.

**STATE STREET BANK & TRUST CO.,
et al., Defendants, Appellees.**

No. 02–1535.

United States Court of Appeals,
First Circuit.

Jan. 31, 2003.

Keith D. Washington, on brief, pro se.

Edward P. O'Leary and Fitzhugh, Parker & Alvaro, LLP, on brief, for appellee, The Prudential Insurance Company of America.

Mary E. O'Neal and Masterman, Culbert & Tully, LLP, on brief, for appellees, State Street Bank & Trust Co., and State Street Bank & Trust Company As Sponsor & Fiduciary of the Short and Long Term Disability Plan.

Before LYNCH, LIPEZ and HOWARD, Circuit Judges.

PER CURIAM.

*Pro se* appellant Keith Washington has a timely appeal solely with respect to a March 12, 2002 order denying Washington's motion for leave to file a summary judgment motion pursuant to Fed.R.Civ.P. 56(c). The motion at issue was filed over

two years after summary judgment was granted in favor of defendants and the case was closed. The district court has denied repeated motions to reopen the case pursuant to Fed.R.Civ.P. 60(b). Under the circumstances, the motion for leave to file pursuant to Rule 56(c) was properly denied.

*Affirmed.*